IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 121-013 |
| | * | |
| JOSE R. VALERO, JR. | * | |

O R D E R

Defendant Jose R. Valero, Jr. has filed a motion to reduce his sentence based upon Amendment 817 to the United States Sentencing Guidelines. A district court may modify a sentence once it has been imposed if the sentence was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). Section 3582(c)(2) is only triggered, however, by an amendment listed in U.S.S.G. § 1B1.10(c). Amendment 817 is not a listed amendment in U.S.S.G. § 1B1.10(c). Consequently, Amendment 817 does not entitle Defendant to a sentence reduction. Defendant Valero's motion to reduce (doc. 180) is therefore **DENIED.**

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA