UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:21-CR-0013 |
| ) | |
| JOSE RAMON VALERO, JR., ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about January 6, 2022, Jose Ramon Valero, Jr. (the "defendant") entered a plea of guilty to the offense charged in Counts One and Four of the above-captioned Indictment, charging violations of 21 U.S.C. § 846(a)(1) and 18 U.S.C. § 924(c);

WHEREAS, on September 14, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding the

a. Romarm/Cugir model Mini Draco, 7.62 caliber pistol bearing, serial number PE87652019RO;

b. Glock model 19X, 9mm caliber pistol bearing, serial number BKCD522;

c. Century Arms model C39V2, 7.62-caliber rifle bearing, serial number C39V2A29730;

d. Glock model 26, 9mm caliber pistol bearing, serial number ADGH918;

e. Zastava model PAP M92PV, 7.62-caliber pistol bearing, serial number M92PV071840;

f. Smith and Wesson model SD40VE, .40 caliber pistol, S/N FZU9251;

g. FMK model 901, 9mm caliber pistol, S/N BGG0327;

h. Anderson Manufacturing model AM-15, 5.56 caliber rifle, S/N 20087555;

    i. Anderson Manufacturing model AM-15, .223-caliber S/N 20100523;

    j. Taurus model 605, .357-caliber revolver, S/N JX70868; and

    k. Rohm model RG66, .22-caliber revolver, S/N IB 139445

(hereinafter, the "Subject Property") were property forfeitable to the United States (Doc. 94);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning October 5, 2022, through and including November 3, 2022 (Doc. 95 at 6), and potential third party claimants were notified also (Doc. 96); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

SO ORDERED this 2nd day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA