IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      *
                              *
     v.                       *      CR 121-013
                              *
JOSE RAMON VALERO, JR.        *
```

O R D E R

Defendant Jose Ramon Valero, Jr. moves the Court to remove a reference to "brandishing" a firearm in Paragraph 14 of his Presentence Investigation Report ("PSI") because it is "uncharged" and "unverified."[1] (Doc. 76.) Defendant points out that the Georgia Superior Court entered an order of nolle prosequi on state charges arising from the traffic stop referenced in Paragraph 14.

Upon review of the parties' positions on the matter, including Defendant's reply brief of August 1, 2025, the Court hereby **DENIES** Defendant's motion to correct the PSI (doc. 198) for the reasons stated in the Government's opposition brief (doc. 199). It bears reiterating that Defendant did not object to the factual allegations contained in Paragraph 14 of the PSI at the time of

---

[1] Specifically, Paragraph 14 reports that "[o]n December 22, 2019, deputies . . . conducted a traffic stop . . . after being informed by confidential informants that the occupants of the vehicle were brandishing firearms at a night club."

sentencing. These facts are therefore deemed admitted. The State of Georgia's decision not to pursue its charges does not change the facts as reported and endorsed by Defendant. It is of no moment that Defendant now does not like the consequences of this admission.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA